IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-01259-JLK-BNB

DINERS CLUB INTERNATIONAL, LTD., a New York corporation,

Plaintiff,

v.

RECYCLE DOMAINS, a Colorado sole proprietorship,
GLOBALTEK AMERICA, INC., a Colorado corporation, and
DAVID MANGIN, an individual,

Defendants.
_____

**ORDER**
_____

The parties appeared this morning for a status conference to set a settlement conference. Consistent with the matters discussed this morning:

IT IS ORDERED that a settlement conference will be held on **September 24, 2009, at 10:00 a.m.,** in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. All settlement conferences that take place before the magistrate judge shall be confidential. *Pro se* parties, attorneys, and client representatives with full authority to settle the case must be present at the settlement conference in person. (NOTE: This requirement is not fulfilled by the presence of counsel alone. If an insurance company is involved, an adjustor authorized to enter into settlement must also be present.) Each party shall submit a confidential settlement statement to my chambers on or before **September 18, 2009**, outlining the facts and issues in the case and containing a specific offer of compromise, including a dollar amount the party or client will accept or pay in settlement and any other essential terms of a

settlement.

Dated August 26, 2009.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge